# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CR-24-73-SLP |
| ) | |
| DAVID CATON, ) | |
| ) | |
| Defendant. ) | |

## **O R D E R**

The Court is in receipt of a letter from Defendant David Caton seeking "a copy of all documents in support of defendant that were filed by" his attorneys. [Doc. No. 52]. He also asks the Court to "consider th[e] letter as a notice for a 2255 in regards to [his] sentencing hearing." *Id.*

The Court declines to take any action on Defendant's letter. Because the time to file an appeal has not yet run, Defendant is still represented by counsel. *See* 10th Cir. R. 46.3(A) ("Trial counsel must continue to represent the defendant until either the time for appeal has elapsed and no appeal has been taken or [the Tenth Circuit] has relieved counsel of that duty."); *see also* Fed. R. App. P. 4(b)(1) ("In a criminal case, a defendant's notice of appeal must be filed in the district court within 14 days after . . . the entry of either the judgment or the order being appealed."). Thus, Defendant's counsel should be able to provide him a copy of the documents he seeks[1] and/or a copy of the proper form to file a

---

[1] Defendant is advised that printed copies of any record obtained from the Court cost $0.50 per page.

motion under 28 U.S.C. § 2255.  If Defendant intends to seek further relief from the Court, he must do so by filing a motion.

    IT IS SO ORDERED this 5th day of November, 2024.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE